VERDICT FORM

As to Thomas Frizzell's claim against Carl Szabo for false arrest, we the jury, find the following:

\_\_\_\_\_ For Thomas Frizzell

__X__ For Carl Szabo

If you find in favor of Thomas Frizzell, we assess damages as follows:

Compensatory       $ 0.00

As to Thomas Frizzell's claim against Carl Szabo for excessive force, we the jury, find the following:

__X__ For Thomas Frizzell

\_\_\_\_\_ For Carl Szabo

If you find in favor of Thomas Frizzell, we assess damages as follows:

Compensatory       $ 1.00

As to Carl Szabo's claim for intentional battery, we the jury find the following:

__X__ For Thomas Frizzell

\_\_\_\_\_ For Carl Szabo

If you find in favor of Carl Szabo, we assess damages as follows:

Compensatory       $ 0.00

s/ Foreperson                               s/Juror
Foreperson
s/Juror                                     s/Juror

s/Juror                                     s/Juror

s/Juror                                     s/Juror

FILED
JUN 24 2010
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS