UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| THOMAS FRIZZELL     ) | |
|                    ) | |
| Plaintiff,         ) | |
|                    ) | |
| v.                 ) | Case No. 08-3147-JES-CHE |
|                    ) | |
| DEPUTY CARL SZABO #3850 and ) | |
| THE SANGAMON COUNTY         ) | |
| SHERIFF'S OFFICE            ) | |
|                    ) | |
| Defendants.        ) | |

## PLAINTIFF'S NOTICE OF APPEAL

Notice is hereby given that Thomas Frizzell, Plaintiff is the above named case, hereby appeals to the United States Court of Appeals for the Seventh Circuit the following orders and judgment:

1. Judgment entered on the verdicts, entered on July 23, 2010;

2. Denial of Plaintiff's Rule 50(a) Motion for Judgment as a Matter of Law, entered on July 23, 2010;

3. Denial of Plaintiff's Rule 59 Motion for New Trial and/or To Alter the Judgment, entered on July 23, 2010; and,

4. Denial of Plaintiff's Motion for Leave to Petition the Court for Attorney's Fees Pursuant to §1988, entered on August 16, 2010.

Respectfully submitted

/s/   Gregory E. Kulis

Gregory E. Kulis
Atty No. 6180966
Gregory E. Kulis and Associates
30 North LaSalle Street, Suite 2140
Chicago, Illinois 60602
Telephone: (312) 580-1830